RECEIVED IN
The Court of Appeals
Sixth District

FEB 1 2 2015

Texarkana, Texas
Debra Autrey, Clerk

Cause No. 06-08-00058-CR

ALBERT RANDOLPH          §    IN THE COURT OF APPEALS

                         §
v                        §    SIXTH DISTRICT COURT

THE STATE OF TEXAS       §    TEXARKANA, TEXAS

FILED IN
The Court of Appeals
Sixth District

FEB 1 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

MOTION FOR RECORDS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Albert Randolph, Appellant, in the above styled and numbered cause, respectfully moves this Honorable Court, respectfully, requesting the Court to grant the Appellant a additional copy of the Report- er's Record, Volume 4 (Exhibits), and both Clerk's Record for the following:

Daring the Unit lock-down, Shake-down, the Appellant's record was lost/destroy and unable to be locate at no fault of the Appellant, in the month of January, 2015.

PRAYER

WHEREFORE, Appellant prays this Honorable Court his Motion For Records by providing the Appellant with additional free copy, since the Appellant paid for the first copy or a bill of cost for additional copy.

Respectfully submitted,

Albert Randolph, Appellant

TDCJ-ID: #1502696

BETO UNIT

1391 FM 3328

Tennessee Colony, Tx, 75880